23 CV 498

05/25/2023

Notice Of Claim

Against:



The Home Depot

2455 Paces Ferry Rd. SE.

Atlanta Georgia, 30339

& registered agents & Wakeshi Edwards.

Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company.

211 E Seventh St. Suite 620, Austin TX, 78701 USA.


Citibank /Citibank NA,

388 Greenwhich St.

New York, New York

10013

And registered agent,

Corporation Trust Company

Corporation Trust Center

1209 Orange St.

Wilmington, New Castle, DE

19801

As a consumer, I was never told by the credit card corporation(s) or agent assigning me the credit card, that I was automatically entered into a promotional credit card upon being given the credit card. All Home Depot (consumer) credit cards are automatically enrolled in a promotional period, even if you do not want any promotion, which is predatory and illegal.

Unknown to me, interest was being added to (certain items chosen by (Home Depot/Citi Bank) items over a certain price and at a certain time.

I was even charged a small interest charge around (forty dollars) on my monthly statement. That too is baffling if they have a promotion claiming no interest. That makes it confusing to a consumer, especially, to a consumer that knows about a (promotion).

Meaning, not only did I not have a choice to not "opt in" or "out" to this (promotional) credit card but Home Depot was the one selecting what items to charge the interest on and when to do so, which was never stated.

I regularly made payment to my card in perfect standard intervals, until now. In the last 3 months Home Depot/ Citibank has charged about One thousand five hundred in interest payments to my card because of these promotional tactics, which is illegal, interest must be charged for that billing period, not years later. This has effectively raised the monthly payment due more than double, to over three hundred and twenty dollars a month, where, affordability comes into play. This has subsequentially made the card go over the credit card limit, in turn, being reported to credit bureau effecting my credit.

The claim basis is as follows in the proceeding documentation of case law and how The Home Depot/Citibank NA has gregiously operated in a presumable calculated manor affecting consumers. They have maintained certain parameters to operator just outside of the scope of law with credit card promotional tactics . I am challenging the following listed below in the claim notice today.

Subject: Notice of Claim for Deceptive Tactics and Violation of the Credit Card Disclosure Act and other law violations including (opt out) promotions.

To the Court,

1. I am writing this notice of claim to bring to your attention to the deceptive tactics employed by Home Depot and Citi Bank, and their violation of the Credit Card Disclosure Act. It has come to my attention that both companies have engaged in practices that are not only misleading but also in direct violation of consumer protection laws. **Public law 111-24 sec. 101(a)- 15 USC 1637(i)**

2. According to the Credit Card Disclosure Act, a creditor is required to provide a cardholder with **45-day notice** prior to increasing interest rates. I have recently discovered that my credit card interest rates were abruptly increased without any prior notice, Which is a clear violation of the law. (since this was never done).
   **Chase Bank USA, NA v. Mcoy Chase Bank USA, N. A. v. McCoy 562 U.S. 195 (2011)   Cited 242 times
   In Chase Bank, for example, the Supreme Court gave Auer-Seminole Rock deference to the Solicitor General's interpretation of a Federal Reserve Board regulation, even though the Board's staff seemed to have interpreted the regulation differently.**

3. Furthermore, I would like to draw your attention **to Section 43(a)** of the False Advertising Act, which prohibits false or misleading advertising practices. It has been observed that Home Depot has been employing promotional terms that can be deceptive and influence consumers' purchase decisions in which may not be clear to a consumer.

4. **Waits v. Frito Lay** claims of false advertising have been held actionable.

The promotional terms provided by Home Depot, in some cases, do not clearly disclose all the relevant information or contain hidden clauses that result in unfavorable conditions for consumers. This kind of misleading advertising has the potential to deceive customers and induce them into making purchases under false pretenses especially, if they were never aware of the "promotional card".

5. **1026.55   55(b)(1)(A)** Limitations on increasing annual percentage rates, fees and charges. (i) Prior to the commencement of that period, the card issuer **disclosed in writing to the consumer**, in a clear and conspicuous manner, (this never  took place)
   the length of the period and the annual percentage rate, fee, or charge that would apply after expiration of the period; and (ii) Upon expiration of the specified period:  This never happened either.
   **Barrer v. Chase Bank,USA,N.A.**

   **Brown v Marquette Savings Loan Association**
   **In Brown v. Marquette Savings Loan Association, 686 F.2d 608 (7th Cir. 1982), the first case the plaintiff has cited, the Court of Appeals for the Seventh Circuit held that the failure to make adequate disclosures each time the finance rate on an adjustable rate loan was changed, constituted separate and distinct violations of TILA, entitling plaintiff to multiple damages.**

   **Summary of this case from Gill v. Mid-Penm Conumer Discount Co.**

**(A) The card issuer must not apply an annual percentage rate, fee, or charge to transactions that occurred prior to the period that exceeds the annual percentage rate, fee, or charge that applied to those transactions prior to the period; (This is exactly what is happening.)**

(B) If the disclosures required by paragraph **(b)(1)(i)** of this section are provided pursuant to § **1026.9(c),** the card issuer must not apply an annual percentage rate,

fee, or charge to transactions that occurred within **14** days after provision of the notice that exceeds the annual percentage rate, fee, or charge that applied to that category of transactions prior to provision of the notice; and

(C) The card issuer must not apply an annual percentage rate, fee, or charge to transactions that occurred during the **period that exceeds the increased annual percentage rate, fee, or charge disclosed pursuant to paragraph (b)(1)(i) of this section.**

### Eckhardt v. State Farm Bank FSB

**Defendant seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6), arguing Plaintiff failed to state a claim upon which relief may be granted. (Doc. 13). To survive dismissal pursuant to Rule 12(b)(6), the complaint must contain a short and plain statement of the plaintiff's claim sufficient to plausibly demonstrate entitlement to relief. Fed. R. Civ. P. 8(a)(2); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555-57 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). A plaintiff is not required to anticipate defenses or plead extensive facts or legal theories but must plead enough facts to present a story that holds together. Twombly, 550 U.S. at 570; Swanson v. Citibank, N.A., 614 F.3d 400, 404 (7th Cir. 2010).**

**When faced with a motion to dismiss pursuant to Rule 12(b)(6), the Court construes the complaint in the light most favorable to the plaintiff. United States ex rel. Berkowitz v. Automation Aids, Inc., 896 F.3d 834, 839 (7th Cir. 2018). The Court also accepts all well-pleaded factual allegations as true and draws all reasonable inferences from those facts in favor of the plaintiff. Id. Allegations that are, in reality, legal conclusions are not taken as true and cannot survive a Rule 12(b)(6) challenge. McReynolds v. Merrill Lynch & Co., Inc., 694 F.3d 873, 885 (7th Cir. 2012).**

Also noted,

6. Referencing the deceptive tactics employed by Home Depot and Citi Bank, and their violation of the Credit Card Disclosure Act, as specified in **15 USC 1638 (a)(2)(b)(ii)(iii) & 15 USC 1638 (3), (4), and (8).**

It has come to my attention that both companies have engaged in practices that are not only misleading but also in direct violation of consumer protection/Federal laws.

7. According to **15 USC 1638 (a)(2)(b)(ii)(iii),** "the amount that is or will be credited to the consumers account to discharge obligations owed to the creditor must be listed.
   **-Powell v. Aegis Mortgage Corp.**
   **V. TILA Claims**
   **Plaintiffs assert claims under TILA against AMC, AWC, and MAP. TILA, 15 U.S.C. § 1631, et seq., establishes disclosure requirements applicable to lenders in consumer credit transactions. Under 15 U.S.C. § 1638, which governs transactions that are not open-ended, creditors are required to disclose a list of specific loan terms to borrowers. Plaintiffs assert that AMC, AWC, and MAP "failed to disclose to the Plaintiffs inter alia, the proper amount financed." (Paper 1, at 36). Creditors are required, under 15 U.S.C. § 1638(a)(2)(A) to disclose "[t]he 'amount financed', using that term, which shall be the amount of credit of which the consumer has actual use." Pursuant to 15 U.S.C. § 1640(a), a borrower who has not received notice required by TILA, including section 1638, may initiate a civil action for monetary damages. The limitations period for such an action, pursuant to 15 U.S.C. § 1640(e) is one year from the date of the violation. Pursuant to 15 U.S.C. § 1635(a) (f) borrowers in certain transactions have a right of rescission, and this right of rescission may be exercised, when it is otherwise available, up to three years after the**

**closing of a loan transaction, if the creditor remains in violation of the disclosure provisions of TILA.**

There is no listing because there is no way of knowing what that exact interest charge will be because it is based upon items purchased by the consumer, and only items over a certain price point or higher priced items, does Home Depot/Citi Bank put into these promotions. So, Home Depot is forced to put previous charged interest on a  billing cycle, way in the future, which falls outside the scope of law.

8. Furthermore, I would like to draw your attention to **15 USC 1638 (3), (4), and (8),** which highlight the requirements and prohibitions under the Credit Card Disclosure Act. It has been observed that Home Depot has been employing promotional terms that can be deceptive and influence consumers' purchase decisions, thus violating the provisions outlined in the mentioned sections. Deceptive tactics such as adding interest on promotional items and **not giving a 45 day notice** prior to adding interest charges.
   **Cappucci v. Prime Capital Fundingb LLC**
   **Davis v. Wells Fargo Bank, N.A.**

   **Abele v. Mid-Penn Consumer Discount**
   **In Abele v. Mid-Penn Consumer Discount, 77 B.R. 460 (E.D.Pa. 1987), the court, addressing the same defeasance clause argument propounded by Mid-Penn here, held this argument to be "specious".**

I, the consumer, would have never gone over my credit card limit if it were not for these promotional practices Home Depot/Citi Bank force consumers into.

The promotional terms provided by Home Depot, in some cases, do not clearly disclose all the relevant interest or (APR) information or contain hidden clauses

that result in unfavorable conditions for consumers. This kind of misleading advertising has the potential to deceive customers and induce them into making purchases under false pretenses, in violation of **15 USC 1638 (3), (4), and (8).**

9. **12 USC 5536 (a)(1)(b)** Under prohibited acts or engaging in any unfair deceptive or abusive acts.

These acts by The Home Depot/Citibank would be constituted as (abusive) in relation to the ongoing nature of the Corporation(s) and their registered agents, allowing such tactics to continue over and over against unknowing consumers.

**Johnson & Johnson v. Fitch**

**¶11. As previously noted, Section 75-24-3(c) references 15 U.S.C. § 45(a)(1). The State, however, contends that Johnson & Johnson does not cite 15 U.S.C. § 45(a)(1) to argue the Federal Trade Commission Act excludes labeling from unfair or deceptive trade practices. Instead, the State argues that Johnson & Johnson erroneously cites the Federal Trade Commission Act's separate false advertising prohibition against labeling found in 15 U.S.C. §§ 52(b) and 55(a)(1). The State argues that "[t]he FTC Act's false advertising prohibition does not include labeling, but that limit explicitly applies only 'For the purposes of sections 52 to 54,' not § 45(a)(1), the section in which the Act instructs courts to be 'guided' by." See 15 U.S.C. § 55.**

**¶12. In construing what constitutes unfair or deceptive trade practices, the Act requires that courts be "guided by the interpretations given by the Federal Trade Commission and the federal courts[.]" Miss. Code Ann. § 75-24-3(c). Here, the State argues that Johnson & Johnson misconstrues the Act's rule of construction. While the Act provides that courts will be "guided by" the Federal Trade Commission Act, the State contends that "guided by" does not mean that courts are bound by or limited by the federal Act.**

**Carter v. Gugliuzzi- in reference to,**

These deceptive tactics are likely to cause consumers injury by affecting credit. The promotional credit card cannot be avoided by consumers since there is no other consumer card offered by Home Depot and Citi bank strictly for consumers ( not businesses), under this partnership, that doesn't have promotional offers. Lastly, there is no offsetting benefit to the consumer based upon Offset plan definition.

### 10.  12 CFR 1022.24 (b) )2) (i)(ii)

Reasonable opportunity to opt out required by **1022.21(a)(1)(i)(ii)**

Home Depot and Citi bank have "Promotional" labelled credit. When you apply for a credit card you are forced into a promotion. You have no way to "opt" out. The promotion is forced upon the consumer which is a predatory tactic that has consequences to the consumer. There is no option for a non-promotional credit card.

**Cornell v. Desert Fin. Credit Union**

**¶28 Consumers also must receive reasonable notice that their failure to opt out of proposed modifications constitutes acceptance, and they must be given a reasonable opportunity to opt out without penalty. Restatement § 3(a); see also Duling v. Mid Am. Credit Union, 521 P.3d 1145, 1154 (Kan.Ct.App. 2022) ("[F]ailure to opt-out of a voluntary arbitration program constitutes acceptance, especially where [it] is the exact form of acceptance [expressly] invited by the offer." (quoting Rittenhouse v. GlaxoSmithKline, No. 21-1836, 2021 WL 6197361, at *4 (E.D. Pa. Dec. 30, 2021))). At minimum, "reasonable notice" requires that the initial terms or the notice of the proposed modification expressly indicate the consumer's ability to opt out and that failure to do so manifests the consumer's binding assent. Restatement § 3(a); see also Miracle-Pond v. Shutterfly, Inc., 19 CV 04722, 2020 WL 2513099, at *6 (N.D. Ill. May 15, 2020) (finding effective modification where the business gave notice of new terms pursuant to an express change-in-terms clause in the initial terms).**

PAGE 11

**Soroka v. JP Morgan Chase & Co. transaction, the creditor must make certain disclosures in extending the firm offer. 15 U.S.C. § 1681m(d). Under such circumstances a creditor is required to disclose that the consumer's credit report had been used in extending the offer, that the creditor believes the consumer satisfies the creditor's criteria for creditworthiness, that acceptance of the offer may be subject to certain additional conditions and that the consumer may opt out from receiving any such offers from the creditor in the future. 15 U.S.C § 1681m(d)(1)(A)-(E). These disclosures must be made in a "clear and conspicuous" manner.**

11. **15 USC 1125** Advertising or Promotion misrepresentation.

Home Depot/Citi Bank have violated laws with promotional credit and forcing users into a credit card that has promotions. Again, there is no 'opt out' ability or another credit card that doesn't have promotions attached to it, that is strictly for consumers (not businesses or projects)

**Chase Mfg., Inc. v. Johns Manville Corp.**

**Civil Action No. 19-cv-00872-MEH (D. Colo. Mar. 23, 2020)   Cited 2 times**

**Finally, Plaintiff reasserts a claim for false advertising in violation of Section 43(a) of the Lanham Act. To state a false advertising claim under this provision, a plaintiff must allege: "(1) that [the] defendant made material false or misleading representations of fact in connection with the commercial advertising or promotion of its product; (2) in commerce; (3) that are either likely to cause confusion or mistake as to (a) the origin, association or approval of the product with or by another, or (b) the characteristics of the goods or services; and (4) injure the plaintiff." Intermountain Stroke Ctr., Inc. v. Intermountain Health Care, Inc., 638 F. App'x 778, 784 (10th Cir. 2016) (internal quotation marks omitted).**

**For misrepresentations to constitute "commercial advertising" or product promotion, the misrepresentations must, among other things, "be disseminated sufficiently to the relevant purchasing public to constitute 'advertising' or 'promotion' within that industry." Proctor & Gamble Co. v. Haugen (P & G), 222 F.3d 1262, 1274 (10th Cir. 2000) (quoting Gordon & Breach Science Publishers, S.A. v. Am. Inst. of Physics, 859 F. Supp. 1521, 1535-36 (S.D.N.Y. 1994)).**

As a consumer, I rely on accurate and transparent information to make informed decisions regarding my purchases. The actions of Home Depot and Citi Bank have not only violated my rights as a consumer but have also caused financial harm, stress, credit report damages, pain and suffering and mental anguish having to go through this. There are many provisions here on face value that seem to be violations of the federal law/acts.

Therefore, I hereby demand the following:

**Home Depot:**

a. Immediate reversal of the interest rate increase on my credit card account and dismissal of all charges on card, **#6035 3209 9442 6516.**

b. Compliance with the Credit Card Disclosure Act  and all federal laws listed and by providing the required 45-day notice for any future interest rate changes and rule mitigation, so this doesn't continue to happen to customers.

c. Compensation for any losses incurred because of the deceptive practices, law violations and negligence and compensatory/punitive damages/Treble damages.

**Citi Bank: same as listed above and:**

a. Confirmation of their compliance with the Credit Card Disclosure Act and federal laws, an explanation for the failure to provide the required notice of

interest rate increase and rule mitigation, so these practices against the public will not be ongoing.

b. Appropriate action taken against Home Depot/CitiBank for their misleading advertising practices.

c. Compensation for any losses or incurred due to the increased interest rates, predatory lending tac tics, negligence, federal law violations and compensatory/punitive damages/treble damages.

Also, under the First ammendment right, this proceeding be a matter of public knowledge.

**42 USC 1983** allows damage reparations.

Compensatory:

The Supreme Court held in *Birdsall v. Coolidge, 93 U.S. 64 (1876)* that the phrases "compensatory damages" and "actual damages" are identical.

The amount awarded is based on the proven harm, loss, or injury suffered by the plaintiff. This award does not include punitive damages, which may be awarded when the defendant's actions are especially reckless or malicious. Receiving compensatory damages does not prevent a party from also receiving punitive damages.

Treble Damages

Certain statutes require that after the jury has determined the amount of the plaintiff's actual damages, the court must award three times that amount. See, e.g. Cohen v. De La Cruz, 523 U.S. 213 (1998).

A preliminary letter of demand was previously sent to no avail.

A phone call was made, to me, via Citibank acknowledging the demand and attempting to "brush it off" and not take the request seriously, hence this new obligation pursuing legal action.

The Citbank agent stated to view the "fineprint". The fine print does not uphold the law as listed prior in this notice, certain directives must be in writing clear and concise manner outside the credit pamphlet and billing.

Nor, does the fine print have any notations of "opting out" from their promotional credit card to a standard non promotional credit card. No option was given.

Damages and compensation as follows:

**Home Depot/ Citi bank:**

**Negligence:** $4,600,000.00
( four-million six-hundred thousand)

**Compensatory Damages:** 1,800,000.00

(One-million eight-hundred thousand)

**Punitive Damages:** 2,000,000.00

(two-million)

**Treble Damages** 1,500,000.00

( one million- five hubdred thousand)

Home Depot/Citi Bank has a duty or obligation to its consumers to provide fair, ethical financing without promotions that you can opt out of, which they do not.

Home Depot/Citi Bank breached that duty engaging in these deceptive business practices affecting consumers.

I had my credit card monthly bill increase substantially and reflections on my credit report.

Home Depot/Citi Bank have continually operated in a reckless manner toward consumers, even if that was not their "intent". One cannot simply force a consumer into a promotion and not give any other options to opt out. There is no option for a standard credit card with no promotional offers for regular non business consumers. This can directly be looked upon as a grievance and predatory actions toward a consumer for the benefit of Home Depot/Citi Bank and not offering alternative options or opt out abilities. The Home Depot/Citibank has operated in a manner that is not only reckless but calculated in the event legal issues arise.

Case law references has provided clear concise determinations to the law and the sub standards that The Home Depot/Citibank has continued to operate under and effecting consumers. In terms, generally speaking of the laws, in general The Home Depot/Citibank NA had been able to operate outside the law in this case specifically. They need to be held accountable for their actions shown by

9-28.200 General Considerations of Corporate Liability.

A. **General Principle:** Corporations should not be treated leniently because of their artificial nature nor should they be subject to harsher treatment. Vigorous enforcement of the criminal laws against corporate wrongdoers, where appropriate, results in great benefits for law enforcement and the public, particularly in the area of white collar crime. Holding corporations accountable for wrongdoing enables the government to be a force for positive change of corporate culture, and a force to prevent, discover, and punish serious crimes

The Home Depot /Citibank did not operate in a reasonable fashion, or in the best interest of the consumer by violating Laws stated in this claim.

Litigation on this matter falls outside the scope of arbitration by value and not all context is (arbitrable) which will dictate venue.

Federal Jurisdiction is shown in reference to Credit Card Acts, Fair Debt Collection Act and Federal Laws and cause of action rises from federal law.

\

**(Osborn vs Bank of the United States) and 28 USC 1331.**



Sign Off

**How doers get more done.**

☰ **Menu**                                        🔔 ▼

LAST VISIT: MAY 10, 2023 05:50 AM ET

# Welcome, Ryan



The Home Depot®
Consumer Credit Card
**Ending in 6516**
                                                    ▼

MINIMUM PAYMENT DUE

# $543.00

Payment Due Date

JUN 8, 2023

Feedback

CURRENT BALANCE

# $10,794.08

Statement Balance   $10,794.08

**View MAY 12, 2023 Statement**  ℹ

AVAILABLE CREDIT

# $-794.00



|||          O          ‹

All Users ▼

<u>DATE</u> ∨     <u>CREDIT CARD ENDING IN</u>

| APR 11 | **INTEREST** CHARGE ON PURCHASES **$947.08** | — |

TYPE
interest charged

POST DATE
04/11/2023

MERCHANT CATEGORY
N/A

REFERENCE NUMBER
N/A

Feedback

| APR 11 | INTEREST CHARGE ON CASH ADVANCES $0.00 | + |

| MAR 31 | PAYMENT - THANK YOU $-196.00 | + |

Features that make your life easier



← **Account Details**

## Experian Credit Report
As of: **05.17.2023**

## THD/CBNA

### 603532XXXXXXXXXX

| | |
|---|---|
| Original Creditor | - |
| Company Sold | - |
| Account Type | **Charge Card** |
| Date Opened | **Dec 26, 2020** |
| Open/Closed | **Open** |
| Status | **Open/Never late.** |
| Status Updated | **May 2023** |
| Credit Usage | **107%** |
| Balance | **$10,794** |
| Balance Updated | **May 13, 2023** |
| Last Payment Date | **May 03, 2023** |
| Credit Limit | **$10,000** |
| Monthly Payment | **$364** |
| Highest Balance | **$10,794** |
| Terms | - |
| Responsibility | **Individual** |

Your Statement:

-

Comments:



## Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUM IDENTIFII COMPAN |
|---|---|---|---|
| 230510-11051752 | Ryan Reading | Store credit card Advertising and marketing, including promotional offers | THE HOME DEPOT |



< | Previous          Next | >

Page [ 1 ] of 1  Go

Learn more about credit cards or prepaid cards

← **Account Details**

| | |
|---|---|
| Minimum monthly payment | **$364** |

Opened    **Dec 26, 2020 (2 yrs, 4 mos)**

PAYMENT HISTORY

You've made **100%** of payments on time

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Not current

Last payment    **May 03, 2023**

Payment status    **Current**

Amount past due    **$0**

Worst payment status    **Current**

ACCOUNT DETAILS

Account status    **Open**

| | | | | |
|---|---|---|---|---|
| Today | **Credit** | Cards | Loans | Money |

||| ○ ‹

# Account Statement

 

**The Home Depot Consumer Credit Card**

**Customer Service:** homedepot.com/mycard
**Account Inquiries:** 1-800-677-0232 (TTY: 711)

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790328, St. Louis, MO 63179

**Account Number: xxxx xxxx xxxx 6516**

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $10,032.34 |
| Payments | -$196.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| **Fees Charged** | +$0.00 |
| **Interest Charged** | +$947.08 |
| New Balance | $10,783.42 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $10,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $783.42 |
| Statement Closing Date | 04/11/2023 |
| Next Statement Closing Date | 05/12/2023 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $10,783.42 |
| Minimum Payment Due | $328.00 |
| Payment Due Date | May 8, 2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $32,510 |
| $438 | 3 years | $15,760 (Savings=$16,750) |

If you would like information about credit counseling services, call 1-877-337-8187 (TTY: 711).

Your Minimum Payment Due is $328.00. If you paid your non-promotional (revolving) balances and any expiring promotional balances in full on your last statement, you can avoid interest charges on any new non-promotional (revolving) balances and any expiring promotional balances if you pay $10,283.42 by 05/08/23. Otherwise, interest will accrue from your statement closing date until we receive your payment. The "How to Avoid Paying Interest on Purchases" section on page 2 has more information.

New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736, or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

You must pay your promotional balance of **$500.00** in full by **10/08/23** to avoid paying deferred interest charges.

**You are over your credit limit by $783.42.**



**New items are officially here for spring at THDGear.com!**
From new apparel and hats to fun outdoor games and accessories, be sure to check out the latest THDGear products to help you get ready for spring.

HD 6

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2.          Page 1 of 6          This Account is Issued by Citibank, N.A.

Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.



Your Account Number is  xxxx xxxx xxxx 6516

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot stores, with no service fee. Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request

If you send an eligible check with this payment coupon, you authorize us to complete yo payment by electronic debit. If we do, the checking account will be debited in the amoun on the check. We may do this as soon as the day we receive the check. Also, the check w be destroyed.

**Credit Reporting Disputes.** We may report information about your account to credit bureau If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfi with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advance from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of you statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## KEY CREDIT TERMS

## NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS* on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months.

*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% – 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; 6 months everyday credit offer is subject to change without notice; see store for details.

HD FEB

/A/- HD - 9196-0400-0002 -/B/- 000 - 29A -/C/- - 0 - O - 56 -/D/- P - E - Y - 0 - Y -/E/- 0 - - - N - - 0 - 410 -/F/- 01/13/23 - 12/01/20 - 28 - March 12, 2023
-/G/- N - - - /H/- 0 - - HHKB -/I/- - - 0 - 0 - - -/J/- - - - - -

**Please provide change of address and update/add your phone numbers* here:** (Use blue or black ink.)

*Cell: _____      *Home: _____

**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.



MOVING SUPPLIES AND STORAGE SOLUTIONS TO STAY ORGANIZED

**Shop our assortment of:**
- ✓ Moving Boxes and Supplies
- ✓ Storage Totes
- ✓ Garage Shelving
- ✓ Closet Organization
- ✓ And more

For additional storage solutions, visit homedepot.com/storage.



Account: **** **** **** 6516

YOU MAY REQUEST TO RECEIVE WRITTEN COMMUNICATIONS IN BRAILLE OR LARGE-PRINT FORMAT BY CALLING THE TOLL FREE OR TTY NUMBER LISTED AT THE TOP OF THIS STATEMENT.

Please update your phone number, including cell phone number on the back of the payment coupon.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 03/31 | PAYMENT - THANK YOU | P9196002W00YDXRGA | $ 196.00- |

## FEES

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | | $ 0.00 |

## INTEREST CHARGED

| 04/11 | INTEREST CHARGE ON PURCHASES | | $ 947.08 |
|---|---|---|---|
| TOTAL INTEREST FOR THIS PERIOD | | | $ 947.08 |

| 2023 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2023 | $0.00 |
| Total Interest Charged in 2023 | $1,416.49 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| Revolving Balance | | | | | | | | | | |
| | - | - | $4,251.51 | - | - | $91.75 | $4,343.26 | - | - | - |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $397.63 | 09/13/22 | $345.63 | $196.00- | - | $61.24 | $210.87 | - | $54.29 | exp'd 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $2,099.42 | 09/13/22 | $2,099.42 | - | - | $340.20 | $2,439.62 | - | $288.66 | exp'd 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $631.66 | 09/14/22 | $631.66 | - | - | $101.83 | $733.49 | - | $86.33 | exp'd 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $1,472.73 | 09/14/22 | $1,472.73 | - | - | $237.41 | $1,710.14 | - | $201.29 | exp'd 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $421.95 | 09/19/22 | $421.95 | - | - | $66.30 | $488.25 | - | $55.98 | exp'd 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | | |
| | $309.44 | 09/20/22 | $309.44 | - | - | $48.35 | $357.79 | - | $40.79 | exp'd 04/08/23 |
| NO INT FOR 12MOS-PMT REQ | | | | | | | | | | |
| | $500.00 | 09/07/22 | $500.00 | - | - | - | $500.00 | - | $83.49 | 10/08/23 |
| TOTAL | | | $10,032.34 | $196.00- | $0.00 | $947.08 | $10,783.42 | $0.00 | $810.83 | |

| INTEREST CHARGE CALCULATION | | Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| PURCHASES | | | |
| Revolving Balance | 25.99% (M) | $4,295.69 | $91.75 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $325.36 | $61.24 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $2,412.88 | $340.20 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $725.44 | $101.83 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $1,691.41 | $237.41 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $482.89 | $66.30 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $353.86 | $48.35 |
| NO INT FOR 12MOS-PMT REQ | 25.99% (M) | - | - |

# Account Statement

 

The Home Depot
Consumer Credit Card

**Customer Service:**
homedepot.com/mycard
**Account Inquiries:**
1-800-677-0232 (TTY: 711)

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790328, St. Louis, MO 63179

**Account Number:  xxxx xxxx xxxx 6516**

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $9,866.98 |
| Payments | -$145.00 |
| Other Credits | -$0.00 |
| Purchases | +$127.10 |
| **Fees Charged** | **+$0.00** |
| **Interest Charged** | **+$327.69** |
| New Balance | $10,176.77 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $10,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $176.77 |
| Statement Closing Date | 02/09/2023 |
| Next Statement Closing Date | 03/12/2023 |
| Days in Billing Cycle | 28 |

## Payment Information

| | |
|---|---|
| New Balance | $10,176.77 |
| Minimum Payment Due | $188.00 |
| Payment Due Date | March 8, 2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $33,046 |
| $436 | 3 years | $15,708 (Savings=$17,338) |

If you would like information about credit counseling services, call 1-877-337-8187 (TTY: 711).

Your Minimum Payment Due is $188.00. If you paid your non-promotional (revolving) balances and any expiring promotional balances in full on your last statement, you can avoid interest charges on any new non-promotional (revolving) balances and any expiring promotional balances if you pay $4,343.94 by 03/08/23. Otherwise, interest will accrue from your statement closing date until we receive your payment. The "How to Avoid Paying Interest on Purchases" section on page 2 has more information.

New York residents may contact the New York State Department of Financial Services by telephone, 1-800-342-3736, or visit its website, www.dfs.ny.gov, for free information on comparative credit card rates, fees and grace periods.

You must pay your promotional balance of **$397.63** in full by **04/08/23** to avoid paying deferred interest charges.

You must pay your promotional balance of **$2,099.42** in full by **04/08/23** to avoid paying deferred interest charges.

You must pay your promotional balance of **$631.66** in full by **04/08/23** to avoid paying deferred interest charges.

**THE HOME DEPOT® GIFT CARD IS PERFECT FOR ALL OCCASIONS**
Gift $5 to $2,000 | No Service Fee / Expiration Date
Buy In-store or Online at homedepot.com/giftcard

HD 6

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2.          Page 1 of 6          This Account is Issued by Citibank, N.A.

Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.

---

Your Account Number is  xxxx xxxx xxxx 6516



P.O. Box 790393
St. Louis, MO 63179

**Statement Enclosed**



**SHOP IN-STORE WITHOUT YOUR CARD**

Text '*Shop*' to **71469** to get your temporary shopping barcode and account information.

*Message and data rates may apply

| | |
|---|---|
| **Payment Due Date** | March 8, 2023 |
| **New Balance** | $10,176.77 |
| **Past Due Amount** | $0.00 |
| **Minimum Payment Due** | $188.00 |

Amount Enclosed: $ [            ]

Please print address changes on the reverse side.
**Make Checks Payable to ▼**

RYAN READING
100 LINCOLN AVE
DUNKIRK, NY   14048-2778

HOME DEPOT CREDIT SERVICES
PO BOX 70600
PHILADELPHIA, PA 19176-0600

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance so long as you pay the New Balance less any excluded balance, plus any separately required payment on an excluded balance, in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods C, H and M, we use a daily balance method (including current transactions) to calculate interest charges. For Methods I and L, we use an average daily balance method (including current transactions) to calculate interest charges. For Method K, we use an average daily balance method (excluding current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at Customer Service number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your mailed payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order made payable to Home Depot Credit Services. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store Payments.** For your added convenience, payments can be made at The Home Depot stores, with no service fee. Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request

**If you send an eligible check with this payment coupon, you authorize us to complete yo payment by electronic debit. If we do, the checking account will be debited in the amoun on the check. We may do this as soon as the day we receive the check. Also, the check w be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureau If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfi with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your curren mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advance from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us i writing at the address for billing errors and customer service inquiries shown on Page 1 of yo statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## KEY CREDIT TERMS

**NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS\*** on purchases of $299 or more. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months.

\*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card. APR: 17.99% - 26.99%. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer valid for consumer accounts in good standing; 6 months everyday credit offer is subject to change without notice; see store for details.

HD FEB

/A/- HD - 9196-0400-0002 -/B/- 000 - 29A -/C/- - 0 - O - 56 -/D/- P - E - Y - 0 - Y -/E/- 0 -   -   - N - - 0 - 410 -/F/- 01/13/23 - 12/01/20 - 26 - January 12, 2023
-/G/- N - - - -/H/- 0 - - HHKB -/I/- - - 0 - 0 - - -/J/- - - - - -

---

**Please provide change of address and update/add your phone numbers\* here:** (Use blue or black ink.)

_____

_____

\*Cell: _____       \*Home: _____

**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

## NEW ITEMS ARE OFFICIALLY HERE FOR SPRING AT THDGEAR.COM

From new apparel and hats to fun outdoor games and accessories, be sure to check out the latest THDGear products to help you get ready for spring.



Account:  **** **** **** 6516

You must pay your promotional balance of **$1,472.73** in full by **04/08/23** to avoid paying deferred interest charges.

You must pay your promotional balance of **$421.95** in full by **04/08/23** to avoid paying deferred interest charges.

You must pay your promotional balance of **$309.44** in full by **04/08/23** to avoid paying deferred interest charges.

You must pay your promotional balance of **$500.00** in full by **10/08/23** to avoid paying deferred interest charges.

**You are over your credit limit by $176.77.**

YOU MAY REQUEST TO RECEIVE WRITTEN COMMUNICATIONS IN BRAILLE OR LARGE-PRINT FORMAT BY CALLING THE TOLL FREE OR TTY NUMBER LISTED AT THE TOP OF THIS STATEMENT.

Please update your phone number, including cell phone number on the back of the payment coupon.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 01/30 | THE HOME DEPOT DUNKIRK NY HARDWARE | 2610286 | $ 53.97 |
| 01/30 | THE HOME DEPOT DUNKIRK NY PLUMBING | 2610300 | $ 20.85 |
| 01/30 | THE HOME DEPOT DUNKIRK NY PLUMBING | 2621294 | $ 52.28 |
| 01/31 | PAYMENT - THANK YOU | P9196001000Y910FJ | $ 145.00- |

## FEES

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | | $ 0.00 |

## INTEREST CHARGED

| 02/09 | INTEREST CHARGE ON PURCHASES | | $ 327.69 |
|---|---|---|---|
| TOTAL INTEREST FOR THIS PERIOD | | | $ 327.69 |

### 2023 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2023 | $0.00 |
| Total Interest Charged in 2023 | $373.84 |

## ACTIVITY AND PROMOTIONS DETAIL

| Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | |
| Revolving Balance | | | | | | | | | |
| - | - | $2,117.09 | - | $127.10 | $43.61 | $2,287.80 | - | - | - |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $721.50 | 07/26/22 | $721.50 | $145.00- | - | $108.72 | $685.22 | - | $93.36 | exp'd 02/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $552.30 | 07/30/22 | $552.30 | - | - | $82.22 | $634.52 | - | $69.70 | exp'd 02/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $643.26 | 08/04/22 | $643.26 | - | - | $93.14 | $736.40 | - | $78.61 | exp'd 02/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $397.63 | 09/13/22 | $397.63 | - | - | - | $397.63 | - | $44.79 | 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $2,099.42 | 09/13/22 | $2,099.42 | - | - | - | $2,099.42 | - | $236.55 | 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $631.66 | 09/14/22 | $631.66 | - | - | - | $631.66 | - | $70.66 | 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $1,472.73 | 09/14/22 | $1,472.73 | - | - | - | $1,472.73 | - | $164.76 | 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $421.95 | 09/19/22 | $421.95 | - | - | - | $421.95 | - | $45.55 | 04/08/23 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $309.44 | 09/20/22 | $309.44 | - | - | - | $309.44 | - | $33.15 | 04/08/23 |
| NO INT FOR 12MOS-PMT REQ | | | | | | | | | |
| $500.00 | 09/07/22 | $500.00 | - | - | - | $500.00 | - | $58.71 | 10/08/23 |
| TOTAL | | $9,866.98 | $145.00- | $127.10 | $327.69 | $10,176.77 | $0.00 | $895.84 | |

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Revolving Balance | 25.99% (M) | $2,187.67 | $43.61 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $770.78 | $108.72 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $628.01 | $82.22 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $728.85 | $93.14 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 25.99% (M) | - | - |



**CABINET MAKEOVER** in as few as 3-5 days

 **HOME SERVICES** Let us do it for you.

- ✓ Minimal Downtime
- ✓ Stylish Upgrades
- ✓ Project Management
- ✓ Add Countertops, Backsplash and More



**Schedule a FREE in-home consultation.**
Scan this QR code for more information.

The Home Depot local Service Providers are background checked, insured, licensed and/or registered. License or registration numbers held by or on behalf of The Home Depot U.S.A., Inc. are available at homedepot.com/licensenumbers or at the Customers Notice board in The Home Depot store. State specific licensing information includes: AL 51289, 1924; AK 25084; AZ ROC252435, ROC092581; AR 228160518; CA 602331; CT HIC.533772; DC 420214000109, 410517000372; FL CRC046858, CGC1514813; GA RBCO005730, GCCO005540; HI CT-22120; ID RCE-19683; IA C091302; LA 43960, 557308, 883162; MD 85434, 42144; MA 112785, CS-107774; MI 2101089942, 2102119069; MN BC147263; MS 22222-MC; MT 37730; NE 26085; NV 38686; NJ 13VH09277500; NM 86302; NC 31521; ND 29073; OR 95843; The Home Depot U.S.A., Inc. is a Registered General Contractor in Rhode Island and its Registration Number is 9480; SC GLG110120; TN 47781; UT 286936-5501; VA 2705-068841; WA HOMED088RH; WV WV036104; WI 1046796.

**BUY A MILWAUKEE M12™ 23GA PIN NAILER** **AND GET AN M12™ 2.0 AH BATTERY** **FREE**

OFFER VALID 01/30/2023 THROUGH 03/26/2023.

**Visit your local The Home Depot® store or homedepot.com/milwaukee for more details.**

Offer valid at The Home Depot stores and online at homedepot.com. See store associate for details. For in store purchases all items must be scanned at checkout for discount to apply.

(1005743050)

  



(1000000716)

Revised 05/01 WDNY

**AFFIRMATION OF SERVICE**

23 CV 498

(If you are <u>not</u> having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ryan C Reading ,

Plaintiff(s),

The Home Depot
v. Citibank NA
Corporation Service Company
Corporate Trust Company ,

Defendant(s).

AFFIRMATION OF SERVICE

_____-CV-_____

I, (print your name) __Ryan Reading__ , served a copy of the attached papers
(state the name of your papers) __Summons, Cover Sheet, notice of Claim,__
__Billing documents.__

_____ upon all other parties in this case
by mailing [ X ] by hand-delivering [ ] (check the method you
used)
these documents to the following persons (list the names and addresses of the people you
served)_____
__The Home Depot — 2455 Paces Ferry Rd. SE. Atlanta GA 30339__
__Corporation Service Company — CSC — 211E Seventh St. Suite 620__
__Austin TX 78701 USA__

__Citibank NA — 388 Greenwhich St. New York, New York 10013__

__Corporation Trust Company — 1209 Orange St. Wilmington,__
__NewCastle, DE 19801__
on (date service was made) _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my
knowledge, information and belief.

Executed on __5/25/23__        __Ryan Reading__
        (date)                (your signature)

# AFFIDAVIT OF SERVICE

State of New York )
County of Chautauqua )

The undersigned being duly sworn, deposes and says:

Ryan Reading _____ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at 100 Lincoln Ave. Dunkirk NY
14048
(complete address of person serving papers)

That on 06-02-23 (Sent) , deponent served the within
(date of service)
notice of claims
(name of document[s] served)

upon Home Depot, Citi bank, Corporation Service Company, Corporation trust Center located at
(name of person/corporation served)
2455 Paces Ferry Rd SE / 388 Greenwhich St / 1209 Orange St / 211 E Seventh St.
Atlanta Georgia 30339 / NY, NY 10013 / Wilmington NewCastle DE / Suite 620
                                                    19801      / Austin TX 78701
(complete address where other party/corporation served)

(Select method of service)

_____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

__✓__ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope m a post office or official depository under the exclusive care and custody of the United States Postal Service.

_____
Signature of person serving papers

Ryan Reading
Printed Name

Sworn to before me this 5

day of June

_____
Notary Public

MAGALY A. MYERS
Notary Public, State of New York
Qualified in Chautauqua County
Reg. No. 01MY6287831
My Commission Expires 12/13/20 25

JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Ryan C Reading

**DEFENDANTS** The Home Depot, Citibank NA, Corporation Service Company, Corporation Trust company

**(b)** County of Residence of First Listed Plaintiff _Chautauqua Co._
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Fulton County_
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) NA.

Attorneys (If Known)

23. CV 498 JS

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State N.Y. | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State Citibank ny | ☐ 4 | ☒ 4 |
| Citizen of Another State Home Depot, GA. | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State Home Depot GA | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country registered agents TX and DE | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Public law 111-24 / 15 USC 1638 / 12 USC 5536 / 12 CFR 1022.24 / 15 USC 1125 / 15 USC 1637 9-28.200

Brief description of cause:
Credit card issues. Billing, interest, Disclosure issues, Promotional issues.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ monetary

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____




